UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60138-CIV-ZLOCH

JAMES ANTHONY IOSUE,

      Plaintiff,

vs.                               **FINAL ORDER OF DISMISSAL**

CHOICEPOINT WORKPLACE
SOLUTIONS, INC.,

      Defendant.
_____/

    THIS MATTER is before the Court upon the Parties' Stipulation Of Voluntary Dismissal Of Action (DE 16). The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. That the Parties' Stipulation Of Voluntary Dismissal Of Action (DE 16) be and the same is hereby adopted, approved, and ratified;

    2. The above-styled cause be and the same is hereby **DISMISSED** without prejudice;

    3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot; and

    4. The Clerk of the Court is **DIRECTED** to unseal and return (DE 15) to Defendant Choicepoint Workplace Solutions, Inc.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of July, 2008.

                                              WILLIAM J. ZLOCH
                                              United States District Judge

Copies furnished:
All Counsel of Record